IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OTIS GAMBLE, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-CV-00282-BL-KFP |
| | ) | |
| FIDELITY INVESTMENTS | ) | |
| INSTITUTIONAL OPERATIONS | ) | |
| CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff Otis Gamble, III filed his second amended complaint on October 29, 2025.  (Doc. 15).  On December 22, 2025, the Magistrate Judge recommended that the court dismiss the Plaintiff's case without prejudice prior to service of process for lack of subject matter jurisdiction and failure to follow a court order.  (Doc. 17).  The Plaintiff filed objections to the recommendation.  (Doc. 18).

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district judge must "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3) ("The district judge must determine *de novo* any part of the magistrate judge's

disposition that has been properly objected to."). A district court's obligation to "make a de novo *determination* of those portions of the report or specified proposed findings or recommendations to which objection is made" requires a district judge to "give *fresh consideration* to those issues to which specific objection has been made by a party." *United States v. Raddatz*, 447 U.S. 667, 673, 675 (1980) (internal quotations and citations omitted) (emphasis in *Raddatz*).

In his objections, the Plaintiff fails to challenge a specific factual finding or legal conclusion of the Magistrate Judge. Because the Plaintiff failed to identify an error in the Magistrate Judge's factual findings or legal conclusions, the court **OVERRULES** the Plaintiff's objections, (doc. 18).

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **DISMISSES** this action **WITHOUT PREJUDICE** prior to service of process for lack of subject matter jurisdiction and failure to follow a court order.

The Court will enter a separate final judgment.

**DONE** and **ORDERED** on this the 21st day of April, 2026.

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE